Case 3:24-mj-71523-MAG    Document 5    Filed 10/23/24    Page 1 of 1

AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

United States of America

v.

DAUD KALANTARI,

Defendants.

Case No. <u>24-mj-71523-MAG-1</u>  (JCS)

Charging District:  Hawaii

Charging District's Case No.:  24-1070 WRP

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  The time and place to appear in that court are as follows:

| Place: | Courtroom No.:  7 |
|---|---|
| U.S. District Court<br>District of Hawaii<br>300 Ala Moana Blvd, C-338<br>Honolulu, HI, 96850 | Date and Time:  October 31, 2024, 10:30 AM<br>Before Magistrate Judge Wes Reber Porter |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: October 22, 2024

Peter H. Kang
United States Magistrate Judge